EMANUEL I. STAMM, Plaintiff, v. THE CAPITOL NATIONAL BANK AND TRUST COMPANY OF NEW YORK, Defendant. CHELSEA EXCHANGE BANK, Respondent; STANDARD ACCIDENT INSURANCE COMPANY, Appellant.— Motion to dismiss appeal denied, without costs. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

LEON SZCZYGIEL, Respondent, v. JOHN CHRABASZCZ, etc., Appellant.— Motion to dismiss appeal denied, without costs. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

JESSE H. WASSERMAN and SELMA WASSERMAN, Respondents, v. " GEORGE " AREZZO LUPIS, etc., Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

MICHELE AJELLO, SR., Respondent, v. MICHELE AJELLO CO., INC., and Others, Defendants. E. W. SUTTON CARPET LINING CORPORATION and MORRIS METZ, Purchasers, Appellants.— Order requiring appellants, purchasers at a foreclosure sale, to complete their bids, affirmed, in so far as appealed from, with ten dollars costs and disbursements. There is no reasonable doubt as to the marketability of this title. Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ., concur.